UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW ORSO AS SUCCESSOR
TRUSTEE TO KENNETH D. BELL IN
HIS CAPACITY AS COURT-
APPOINTED RECEIVER FOR REX
VENTURE GROUP, LLC,

    Plaintiff,

v.                                     Case No: 5:21-mc-8-JSM-PRL

HOLLI ROVENGER,

    Defendant.

## Order

On June 23, 2021, the court granted Plaintiff's motion for appointment of a process server. (Doc. 9). On July 7, 2021, Plaintiff filed another motion for appointment of a process server (Doc. 10) that appears to a duplicate.

Because the court already granted the relief requested in Plaintiff's motion, the duplicate motion (Doc. 10) is due to be denied as moot.

**DONE** and **ORDERED** in Ocala, Florida on July 13, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties