# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MATTHEW ORSO as Successor Trustee to
Kenneth D. Bell in his Capacity as Court-
Appointed Receiver for Rex Venture
Group, LLC,

    Plaintiff,

v.                                                   Case No: 5:21-mc-8-JSM-PRL

HOLLI ROVENGER,

    Defendant/Judgment Debtor,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 18). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Motion for Final Judgment in Garnishment as to Wells Fargo Bank, N.A. (Dkt. 17) is granted.

3. The Clerk is directed to enter a Final Judgment in Garnishment in favor of Plaintiff Nationwide Judgment Recovery, Inc. and against Wells Fargo in the amount of $2,208.72.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of November, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record