**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MATTHEW ORSO and**
**NATIONWIDE JUDGMENT**
**RECOVERY, INC., as Successor**
**Trustee to Kenneth D. Bell in his**
**capacity as court-appointed Receiver for**
**Rex Venture Group, LLC d/b/a**
**ZeekRewards.com**

       **Plaintiffs,**

**v.**                                              **Case No: 5:21-mc-8-JSM-PRL**

**TODD DISNER, TRUDY GILMOND,**
**TRUDY GILMOND, LLC, JERRY**
**NAPIER, DARREN MILLER,**
**RHONDA GATES, DAVID**
**SORRELLS, INNOVATION**
**MARKETING LLC, AARON**
**ANDREWS, SHARA ANDREWS,**
**GLOBAL INTERNET FORMULA,**
**INC., T. LEMONT SILVER,**
**MICHAEL VAN LEEUWEN,**
**DURANT BROCKETT, DAVID**
**KETTNER, MARY KETTNER,**
**P.A.W.S CAPITAL MANAGEMENT**
**LLC, LORI JEAN WEBER and**
**ZEEKREWARDS.COM,**

       **Defendants.**

_____

### ORDER

This case is before the Court on the motion for substitution of party filed by Nationwide Judgment Recovery, Inc. (Doc. 30). Nationwide Judgment Recovery, Inc., requests that this Court substitute Nationwide Judgment Recovery, Inc. as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC.

As established by the motion and the exhibits to the motion, Nationwide Judgment Recovery, Inc. is the party in interest under Rule 25(c) of the Federal Rules of Civil Procedure. (Doc. 30-1). It is well settled that substitution is committed to the discretion of the court. "Substitution under Rule 25(c) is purely a matter of convenience, and regardless of whether substitution is ordered, the respective substantive rights of the transferor or the transferee are not affected." *Barker v. Jackson Nat. Life Ins. Co.,* 163 F.R.D. 364, 365 (N.D. Fla. 1995).

Accordingly, the motion for substitution of party (Doc. 30) is **GRANTED**, and Nationwide Judgment Recovery, Inc. shall be substituted as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC. The Clerk is directed to take all steps necessary to effectuate the substitution of party on the docket.

**DONE** and **ORDERED** in Ocala, Florida on November 14, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties